# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 11, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140679(100)(101)

LAURENCE G. WOLF, d/b/a
LAURENCE WOLF PROPERTIES,
      Plaintiff-Appellant,

v

CITY OF DETROIT,
      Defendant-Appellee.

SC: 140679
COA: 279853

_____

On order of the Chief Justice, motions by defendant appellee for extension of the time for filing its brief are considered and, it appearing the brief was filed February 9, 2011, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 11, 2011

_____
Clerk